**No. 67458.**—Devon Trading Co. *v.* United States, protests 61/14703, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that merchandise consists of rosary bracelets the same in all material respects as those the subject of Abstract 66761, the claim of the plaintiff was sustained.

**No. 67459.**—Sears, Roebuck and Co. *v.* United States, protest 62/9772 (Philadelphia).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise, described on the invoice as "Batt. Snappy Dog" and "Batt. Space Dog," consists of toys, which are figures or images of animate objects, having a movable member or part, the claim of the plaintiff was sustained.

**No. 67460.**—Old Importers, Inc. *v.* United States, protest 62/3047 (Los Angeles).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of glass balls on chenille-covered stems similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiff was sustained.